FILED

October 12, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )
                                             )
                Plaintiff,                   )        Case No.  2:06-mj-275 KJM
                                             )
v.                                           )        ORDER FOR RELEASE
                                             )        OF PERSON IN CUSTODY
Khanthy Vongsedone,                          )
                                             )
_____             )
                Defendant.

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release **Khanthy Vongsedone**  Case 2:06-mj-275 KJM

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

> ___ Release on Personal Recognizance

> ___ Bail Posted in the Sum of _____

> _X_ $50,000 Unsecured bond

> ___ Appearance Bond with 10% Deposit

> ___ Appearance Bond secured by Real Property

> ___ Corporate Surety Bail Bond

> _X_ (Other)  PTS conditions/supervision; 3rd party custody

Issued at  Sacramento, CA  on 10/12/06      at  3:10 pm

By _____

Dale A. Drozd,
United States Magistrate Judge